

EXHIBIT 3

# EXECUTIVE ORDER 14

*Further Limits on the Size of Intentional Gatherings*

**WHEREAS,** on March 13, 2020, a state of emergency was declared in St. Louis County relating to the immediate and significant risk posed to the health, safety, and wellbeing of the people of St. Louis County that is presented by COVID-19;

**WHEREAS,** Paragraph 6 of Executive Order 10 declared it unlawful for any person to organize or to attend an intentional gathering of 250 people or more in a single space or room and further required every person who organizes a gathering of 249 people or fewer to take appropriate action to minimize risk to the greatest extent possible by implementing and enforcing mitigation measures, including but not limited to social distancing, limiting the time period of gatherings, frequent cleaning of all surfaces, and posting of signs;

**WHEREAS,** Paragraph 1 of Executive Order 11 declared it unlawful for any person to organize or to attend an intentional gathering of 50 people or more in a single space or room and further required every person who organizes a gathering of 49 people or fewer to take appropriate action to minimize risk to the greatest extent possible by implementing and enforcing mitigation measures, including but not limited to social distancing, limiting the time period of gatherings, frequent cleaning of all surfaces, and posting of signs;

**NOW, THEREFORE,** I, Sam Page, County Executive, St. Louis County, Missouri, do hereby **ORDER** and **DECLARE** the following:

1. Paragraph 1 of Executive Order 11 shall be rescinded and replaced by the following as if fully set forth therein:

> It is hereby declared unlawful for any person to organize or to attend an intentional gathering of 10 people or more in a single space or room.  It is further provided that any person who organizes a gathering of 9 people or fewer shall take appropriate action to minimize risk to the greatest extent

possible by implementing and enforcing mitigation measures, including but not limited to social distancing.

2. Paragraph 3 of Executive Order 13 shall be amended to provide that only 9 or fewer members of the public may be in the place of public accommodation for the purpose of picking up their food or beverage orders.

3. The Director of the Department of Public Health may promulgate such mandatory or advisory rules, orders, policies, and guidance as is necessary and appropriate to implement this Executive Order, to provide exclusions or exemptions, or to define any of the terms used herein. Mandatory rules, orders, or policies so promulgated shall have the force of law to the greatest extent permitted by federal, state, and county law.

4. If any provision of this order or its application to any person or circumstance is held to be invalid, then the reminder of the order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this order are severable.

5. This order shall be effective immediately upon my execution hereof and it shall expire only upon further order.

**SO ORDERED** this eighteenth day of March 2020.

ST. LOUIS COUNTY, MISSOURI

*(signature)*
Sam Page
County Executive