


EXHIBIT 5

# EXECUTIVE ORDER 17

*Extension of Restrictions on Activities to Limit Spread of COVID-19*

**WHEREAS**, on March 13, 2020, a state of emergency was declared in St. Louis County relating to the immediate and significant risk posted to the health, safety, wellbeing of the people of St. Louis County that is presented by COVID-19;

**WHEREAS**, in a short period of time, COVID-19 has rapidly spread, causing sickness and death of St. Louis County residents, necessitating more significant protocols;

**WHEREAS**, on March 21, 2020, I signed Executive Order 15 to place restrictions on activities in order to limit the spread of COVID-19 and the Department of Public Health subsequently issued stay at home orders consistent therewith;

**WHEREAS**, continuation of these additional measures is necessary for the preservation of the public health and safety throughout St. Louis County; and

**WHEREAS**, the Director of the Department of Public Health and other public health experts have recommended that these additional measures be extended and that they will continue to save lives;

**NOW, THEREFORE**, I, Sam Page, County Executive, St. Louis County, Missouri, do hereby **ORDER** and **DECLARE** the following:

1.  Paragraph 3 of Executive Order 15 shall be rescinded and replaced by the following as if fully set forth therein:

    > The Director of the Department of Public Health shall impose the restrictions described herein and shall continue to impose those restrictions until she deems that such restrictions are no longer necessary to protect public health and safety.

2.  The Director of the Department of Public Health may promulgate such mandatory or advisory rules, orders, policies, and guidance as is necessary and appropriate to implement

this Executive Order or to define any of the terms used in this order. Mandatory rules, orders, or policies so promulgated shall have the force of law to the greatest extent permitted by federal, state, and county law.

3. This order shall be effective immediately upon my execution hereof and it shall expire only upon further order.

**SO ORDERED** this twenty-second day of April, 2020.

ST. LOUIS COUNTY, MISSOURI

*Sam Page*
Sam Page
County Executive